**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2013**

---

CHARLES THOMAS CURRY,

Plaintiff - Appellant,

versus

RANDY WALKER, Individually and in his official
capacity; C. R. BYRD; BYRDS FOODS STORES, IN-
CORPORATED; LOWES FOOD STORES; ALEX LEE, IN-
CORPORATED; T. E. SAUNDERS, Individually and
in his official capacity; JOHN DOE; JOHN
GLENN; THE BURLINGTON POLICE DEPARTMENT; THE
CITY OF BURLINGTON,

Defendants - Appellees.

---

**No. 99-2039**

---

CHARLES THOMAS CURRY,

Plaintiff - Appellant,

versus

LINDA FRANKLIN, Individually and in her offi-
cial capacity; 24-7 BAIL BONDING SERVICE, IN-
CORPORATED; BOBBY DAVIS, Individually and in
his official capacity; JOHN DOE, Individually
and in his/her/their official capacity(ies);
JOHN GLENN, Individually and in his official
capacity; THE BURLINGTON POLICE DEPARTMENT;
CITY OF BURLINGTON,

Defendants - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-97-927-1, CA-97-928-1)

Submitted: November 4, 1999        Decided: November 9, 1999

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Thomas Curry, Appellant Pro Se. Alan William Duncan, Richard Andrew Coughlin, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina; Reginald B. Gillespie, Jr., Keith David Burns, Jonathan Chad Sauls, FAISON & GILLESPIE, Durham, North Carolina; Christopher Thomas Watkins, Graham, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

Charles Thomas Curry appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Curry v. Franklin, Nos. CA-97-927-1; CA-97-928-1 (M.D.N.C. June 18 & June 23, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3